452 A.2d 1096

Ventresca v. Sherin, Appellant.

Argued June 22, 1982. Thomas M. Goldsmith, for appellant; Robert A. Korn, for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Order affirmed.